# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| BESTWALL LLC,[1] | : |
| | : Case No. 17-31795 (LTB) |
| Debtor | : |
| | : |

**NOTICE OF APPEAL BY THE AFFECTED INDIVIDUALS REPRESENTED BY:**

**MRHFM, LLC (MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD, LLC)
KAZAN, McCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION
BEVAN AND ASSOCIATES, LPA, INC.
NEMEROFF LAW FIRM, PC
DEAN OMAR BRANHAM SHIRLEY LLP
THE GORI LAW FIRM
THE LANIER LAW FIRM
COHEN PLACITELLA & ROTH, P.C.
THORNTON LAW FIRM, LLP
BRAYTON PURCELL, LLP
NASS CANCELLIERE
FLINT LAW FIRM
SHEPARD LAW, P.C.
SHRADER & ASSOCIATES, LLP
WATERS & KRAUS, LLP
SWMW LAW, LLC
REBECCA S. VINOCUR, P.A.**

The Affected Individuals represented by the following law firms ("<u>Affected Individuals</u>") hereby appeal, pursuant to 28 U.S.C. § 158(a), Rule 8001 of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina, from the *Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending*

---

[1] The last four digits of the Debtor's taxpayer identification number are 5815. The Debtor's address is 100 Peachtree Street, N.W., Atlanta, GA 30303.

*Mesothelioma Claimants and Governing the Confidentiality of Responses* [Dkt. No. 1670]

entered on March 23, 2021 (the "PIQ Order"):

>MRHFM, LLC (Maune, Raichle, Hartley, French & Mudd, LLC)
>Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation
>Bevan and Associates, LPA, Inc.
>Nemeroff Law Firm, PC
>Dean Omar Branham Shirley LLP
>The Gori Law Firm
>The Lanier Law Firm
>Cohen Placitella & Roth, P.C.
>Thornton Law Firm, LLP
>Brayton Purcell, LLP
>Nass Cancelliere
>Flint Law Firm
>Shepard Law, P.C.
>Shrader & Associates, LLP
>Waters & Kraus, LLP
>SMWM Law, LLC
>Rebecca S. Vinocur, P.A.

The Order granted the relief requested by the Debtor in the *Debtor's Motion for Order Pursuant to Bankruptcy Rule 2004 Directing Submission of Personal Injury Questionnaires by Pending Mesothelioma Claimants* [Dkt No. 1236] to which the Affected Individuals objected [Dkt. Nos. 1333 and 1507].

The names of all parties to the order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are as follows:

| Party | Attorneys |
|---|---|
| **Appellants:**<br>Affected Individuals Represented by the Following Law Firms: | Essex Richards, P.A.<br>Heather W. Culp<br>NC Bar No. 30386<br>1701 South Boulevard<br>Charlotte, North Carolina 28203<br>Telephone: (704) 377-4300<br>Facsimile: (704) 372-1357<br>hculp@essexrichards.com |

| | |
|---|---|
| MRHFM, LLC (Maune, Raichle, Hartley, French & Mudd, LLC) | MRHFM, LLC (Maune, Raichle, Hartley, French & Mudd, LLC)<br>Chris McKean, Esquire<br>1015 Locust Street, Suite 1200<br>St. Louis, Missouri 63130<br>Telephone: (314) 241-2003<br>Facsimile: (314) 241-4838<br>cmckean@mrhfmlaw.com |
| Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation | Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation<br>Steven Kazan, Esquire<br>55 Harrison Street, Suite 400<br>Oakland, California 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913<br>skazan@kazanlaw.com |
| Bevan and Associates LPA, Inc. | Bevan and Associates LPA, Inc.<br>Thomas W. Bevan, Esquire<br>6555 Dean Memorial Parkway<br>Boston Heights, Ohio 44236<br>Telephone: (330) 650-0088<br>Facsimile: (330) 467-4493<br>tbevan@bevanlaw.com |
| Nemeroff Law Firm, PC | Nemeroff Law Firm, PC<br>Jennifer Black, Esquire<br>3355 West Alabama, Suite 650<br>Houston, Texas 77098<br>Telephone: (281) 378-5970<br>Facsimile: (281) 378-5976<br>jenniferblack@nemerofflaw.com |
| Dean Omar Branham Shirley LLP | Dean Omar Branham Shirley LLP<br>Charles William "Trey" Branham, III, Esquire<br>James Bradley Smith, Esquire<br>302 N. Market Street, Ste. 300<br>Dallas, Texas 75202<br>Telephone: (214) 722-5990<br>Facsimile: (214) 722-5991<br>tbranham@dobslegal.com<br>bsmith@dobslegal.com |

| | |
|---|---|
| The Gori Law Firm | The Gori Law Firm<br>Beth Gori, Esquire<br>156 N. Main Street<br>Edwardsville, Illinois 62025<br>Telephone: (618) 659-9833<br>Facsimile: (618) 659-9834<br>beth@gorilaw.com |
| The Lanier Law Firm | The Lanier Law Firm<br>Maura Kolb, Esquire<br>10940 West Sam Houston Pkwy. N., Suite 100<br>Houston, Texas 77064<br>Telephone: (713) 659-5200<br>Facsimile: (713) 659-2204<br>maura.kolb@lanierlawfirm.com |
| Cohen Placitella & Roth, P.C. | Cohen Placitella & Roth, P.C.<br>William L. Kuzmin, Esquire<br>127 Maple Avenue<br>Red Bank, New Jersey 07701<br>Telephone: (732) 747-9003<br>Facsimile (732) 747-9004<br>wkuzmin@cprlaw.com |
| Thornton Law Firm, LLP | Thornton Law Firm, LLP<br>Andrea M. Landry, Esquire<br>One Lincoln Street, 13th Floor<br>State Street Financial Center<br>Boston, Massachusetts 02111<br>Telephone: (617) 720-1333<br>Facsimile: (617) 720-2445<br>alandry@tenlaw.com |
| Brayton Purcell LLP | Brayton Purcell LLP<br>Bryn G. Letsch, Esquire<br>222 Rush Landing Road<br>Novato, California 94945<br>Telephone: (415) 898-1555<br>Facsimile (415) 898-1247<br>bletsch@braytonlaw.com |
| Nass Cancelliere | Nass Cancelliere<br>Edward M. Nass, Esquire<br>1515 Market Street<br>Suite 2000<br>Philadelphia, Pennsylvania 19102 |

|  |  |
|---|---|
|  | Telephone: (215) 546-8200<br>Facsimile: (215) 545-1591<br>emnass@nasscancelliere.com |
| Flint Law Firm, LLC | Flint Law Firm, LLC<br>Jill M. Price, Esquire<br>222 E. Park Street, Suite 500<br>P.O. Box 189<br>Edwardsville, Illinois 62025<br>Telephone: (618) 288-4777<br>Facsimile: (618) 288-2864<br>jprice@flintlaw.com |
| Shepard Law, P.C. | Shepard Law, P.C.<br>Michael C. Shepard, Esquire<br>160 Federal Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 451-9191<br>Facsimile: (617) 451-9292<br>mshepard@shepardlawfirm.com |
| Shrader & Associates, LLP | Shrader & Associates, LLP<br>Robert E. Shuttlesworth, Esquire<br>9 Greenway Plaza, Suite 2300<br>Houston, Texas 77046<br>Telephone: (713) 782-0000<br>Facsimile: (713) 571-9605<br>robert@shraderlaw.com |
| Waters & Kraus, LLP | Waters & Kraus, LLP<br>Charles S. Siegel, Esquire<br>3141 Hood Street, Suite 700<br>Dallas, Texas 75219<br>Telephone: (214) 357-6244<br>Facsimile: (214) 357-7252<br>siegel@waterskraus.com |
| SWMW Law, LLC | SWMW Law, LLC<br>John F. Theil, Esquire<br>701 Market Street, Ste. 1000<br>Saint Louis, Missouri 63101<br>Telephone: (314) 480-5180<br>Facsimile: (314) 932-1566<br>john@swmwlaw.com |

| | |
|---|---|
| Rebecca S. Vinocur, P.A. | Rebecca S. Vinocur, P.A.<br>Rebecca S. Vinocur, Esquire<br>5915 Ponce de Leon Blvd., Suite 14<br>Coral Gables, Florida 33146<br>Telephone: (786) 691-1282<br>Facsimile: (786) 691-1283<br>rvinocur@rsv-law.com |
| **Appellee:**<br>Bestwall LLC | Jones Day<br>Gregory M. Gordon, Esquire<br>2727 North Harwood Street, Suite 500<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>gmgordon@jonesday.com<br><br>Jones Day<br>Jeffrey B. Ellman, Esquire<br>Brad B. Erens, Esquire<br>1420 Peachtree Street, N.E., Suite 800<br>Atlanta, Georgia 30309<br>Telephone: (404) 581-3939<br>Facsimile: (404) 581-8330<br>jbellman@jonesday.com<br>bberens@ jonesday.com<br><br>Robinson, Bradshaw & Hinson, P.A.<br>Garland S. Cassada, Esquire<br>David M. Schilli, Esquire<br>Andrew W.J. Tarr, Esquire<br>101 North Tryon Street, Suite 1900<br>Charlotte, North Carolina 28246<br>Telephone: (704) 377-2536<br>Facsimile: (704) 378-4000<br>gcassada@robinsonbradshaw.com<br>dschilli@robinsonbradshaw.com<br>atarr@robinsonbradshaw.com |
| **Interested Parties:** | |
| Official Committee of Asbestos Claimants | Robinson & Cole LLP<br>Natalie D. Ramsey, Esquire<br>Davis Lee Wright, Esquire<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 516-1703 |

| | |
|---|---|
| | nramsey@rc.com<br>dwright@rc.com<br><br>Hamilton Stephens Steele + Martin, PLLC<br>Glenn C. Thompson, Esquire<br>525 North Tyron Street, Suite 1400<br>Charlotte, North Carolina 28202<br>Telephone: (704) 344-1117<br>Facsimile: (704) 344-1483<br>gthompson@lawhssm.com<br><br>JD Thompson Law<br>Judy D. Thompson<br>Linda W. Simpson<br>P.O. Box 33127<br>Charlotte, North Carolina 28233<br>Telephone: (828) 749-1865<br>jdt@jdthompsonlaw.com<br>lws@jdthompsonlaw.com |
| Georgia-Pacific LLC | Debevoise & Plimpton LLP<br>M. Natasha Labovitz, Esquire<br>Mark P. Goodman, Esquire<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 909-6836<br>nlabovitz@debevoise.com<br>mpgoodman@debevoise.com<br><br>Rayburn Cooper & Durham, P.A.<br>John R. Miller, Jr., Esquire<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina 28202<br>Telephone: (704) 334-0891<br>Facsimile: (704) 377-1897<br>jmiller@rcdlaw.net |
| Future Claims Representative | Young Conaway Stargatt & Taylor, LLP<br>James L. Patton, Jr., Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>Travis G. Buchanan, Esquire<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801 |

| | |
|---|---|
| | Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br>jpatton@ycst.com<br>eharron@ycst.com<br>szieg@ycst.com<br>tbuchanan@ycst.com<br><br>Alexander Ricks PLLC<br>Felton E. Parrish, Esquire<br>John M. "Jack" Spencer, Esquire<br>1420 E. 7th Street<br>Charlotte, NC 28204<br>Telephone: 980-334-2001<br>Facsimile: 704-365-3676<br>felton.parrish@alexanderricks.com<br>jack.spencer@alexanderricks.com |
| Buck Law Firm's Clients (not appealing): | Essex Richards, P.A.<br>Heather W. Culp, Esquire<br>NC Bar No. 30386<br>1701 South Boulevard<br>Charlotte, North Carolina 28203<br>Telephone: (704) 377-4300<br>Facsimile: (704) 372-1357<br>hculp@essexrichards.com<br>*Local Counsel to Buck Law Firm's Clients*<br><br>Buck Law Firm<br>Robert C. Buck, Esquire<br>Georgia Bar No. 092495<br>Forum North, Suite 360<br>3930 East Jones Bridge Road<br>Peachtree Corners, GA 30092<br>Telephone: (678) 338-4999<br>Facsimile: (678) 344-3515<br>rbuck@buckfirm.com |
| Affected Individuals Represented by the Following Law Firms (not appealing): | Essex Richards, P.A.<br>Heather W. Culp, Esquire<br>NC Bar No. 30386<br>1701 South Boulevard<br>Charlotte, North Carolina 28203<br>Telephone: (704) 377-4300<br>Facsimile: (704) 372-1357<br>hculp@essexrichards.com<br>*Local Counsel to the Following Firms:* |

|  | Savinis, Kane & Gallucci, LLC<br>Kenneth J. Fryncko, Esquire<br>707 Grant Street, Gulf Tower, Suite 3626<br>Pittsburgh, Pennsylvania 15219<br>Telephone: (412) 227-6556<br>Facsimile: (412) 227-6445<br>kfryncko@sdklaw.com<br><br>Simmons Hanly Conroy<br>Christopher R. Guinn, Esquire<br>One Court Street<br>Alton, Illinois 62002<br>Telephone: (618) 259-2222<br>Facsimile: (618) 259-2251<br>cguinn@simmonsfirm.com<br><br>DEIRDRE WOULFE PACHECO, ESQ<br>Counsel to WILENTZ, GOLDMAN & SPITZER, P.A.<br>Deirdre Woulfe Pacheco, Esquire<br>150 Washington Street, Suite 201<br>Santa Fe, New Mexico 87506<br>Telephone: (201) 396-9016<br>dpacheco@524g.law<br><br>O'Brien Law Firm, P.C.<br>Christopher J. Thoron, Esquire<br>815 Geyer Avenue<br>St. Louis, Missouri 63104<br>Telephone: (314) 588-0558<br>Facsimile: (314) 588-0634<br>thoron@obrienlawfirm.com<br><br>Kelley & Ferraro LLP<br>Constantine Venizelos, Esquire<br>950 Main Avenue, Suite 1300<br>Cleveland, Ohio 44113<br>Telephone: (216) 575-0777<br>Facsimile: (216) 575-0799<br>cvenizelos@kelleyferraro.com<br><br>Law Offices of Peter G. Angelos, P.C.<br>Armand J. Volta, Jr., Esquire<br>100 North Charles Street, 22nd Floor<br>Baltimore, Maryland 21201 |
|---|---|

|  | Telephone: (410) 649-2000<br>Facsimile: (410) 649-2111<br>avolta@lawpga.com |
|---|---|

Dated: April 6, 2021
       Charlotte, North Carolina

Respectfully submitted,

ESSEX RICHARDS, P.A.

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
John C. Woodman
NC Bar No. 42365
*Local Counsel for Appellants - Affected*
   *Individuals Represented by the Law Firm*
   *Signatories to this Notice of Appeal*
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

/s/Chris McKean
Chris McKean
MRHFM, LLC (Maune, Raichle, Hartley,
   French & Mudd, LLC)
1015 Locust Street, Suite 1200
St. Louis, Missouri 63130
Telephone: (314) 241-2003
Facsimile: (314) 241-4838
E-mail: cmckean@mrhfmlaw.com

*Admitted Pro Hac Vice*

/s/Steven Kazan
Steven Kazan
Kazan, McClain, Satterley & Greenwood,
   A Professional Law Corporation
55 Harrison Street, Suite 400
Oakland, California 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913
E-mail: skazan@kazanlaw.com

*Admitted Pro Hac Vice*

/s/Thomas W. Bevan
Thomas W. Bevan
Bevan and Associates LPA, Inc.
6555 Dean Memorial Parkway
Boston Heights, Ohio 44236
Telephone: (330) 650-0088
Facsimile: (330) 467-4493
E-mail: tbevan@bevanlaw.com

*Admitted Pro Hac Vice*

/s/Jennifer Black
Jennifer Black
Nemeroff Law Firm, PC
3355 West Alabama, Suite 650
Houston, Texas 77098
Telephone: (281) 378-5970
Facsimile: (281) 378-5976
E-mail: jenniferblack@nemerofflaw.com

*Admitted Pro Hac Vice*

/s/Charles William "Trey" Branham, III
Charles William "Trey" Branham, III
James Bradley Smith
Dean Omar Branham Shirley LLP
302 N. Market Street, Ste. 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Facsimile: (214) 722-5991
E-mail: tbranham@dobslegal.com
bsmith@dobslegal.com

*Admitted Pro Hac Vice*

/s/Beth Gori
Beth Gori
The Gori Law Firm
156 N. Main Street
Edwardsville, Illinois 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834
E-mail: beth@gorilaw.com

*Admitted Pro Hac Vice*

/s/William L. Kuzmin
William L. Kuzmin
Cohen Placitella & Roth, P.C.
127 Maple Avenue
Red Bank, New Jersey 07701
Telephone: (732) 747-9003
Facsimile (732) 747-9004
E-mail: wkuzmin@cprlaw.com

*Admitted Pro Hac Vice*

/s/Bryn G. Letsch
Bryn G. Letsch
Brayton Purcell LLP
222 Rush Landing Road
Novato, California 94945
Telephone: (415) 898-1555
Facsimile (415) 898-1247
E-mail: bletsch@braytonlaw.com

*Admitted Pro Hac Vice*

/s/Jill M. Price
Jill M. Price
Flint Law Firm, LLC
222 E. Park Street, Suite 500
P.O. Box 189
Edwardsville, Illinois 62025
Telephone: (618) 288-4777
Facsimile: (618) 288-2864
E-mail: jprice@flintlaw.com

*Admitted Pro Hac Vice*

/s/Maura Kolb
Maura Kolb
THE LANIER LAW FIRM
10940 West Sam Houston Pkwy. N., Suite 100
Houston, Texas 77064
Telephone:  (713) 659-5200
Facsimile:  (713) 659-2204
E-mail:  maura.kolb@lanierlawfirm.com

*Admitted Pro Hac Vice*

/s/Andrea M. Landry
Andrea M. Landry
Thornton Law Firm, LLP
One Lincoln Street, 13th Floor
State Street Financial Center
Boston, Massachusetts 02111
Telephone: (617) 720-1333
Facsimile: (617) 720-2445
E-mail: alandry@tenlaw.com

*Admitted Pro Hac Vice*

/s/Edward M. Nass
Edward M. Nass
Nass Cancelliere
1515 Market Street
Suite 2000
Philadelphia, Pennsylvania 19102
Telephone: (215) 546-8200
Facsimile: (215) 545-1591
E-mail: emnass@nasscancelliere.com

*Admitted Pro Hac Vice*

/s/Michael C. Shepard
Michael C. Shepard
Shepard Law, P.C.
160 Federal Street
Boston, Massachusetts 02110
Telephone: (617) 451-9191
Facsimile: (617) 451-9292
Email: mshepard@shepardlawfirm.com

*Admitted Pro Hac Vice*

-11-

| | |
|---|---|
| /s/Robert E. Shuttlesworth | /s/Charles S. Siegel |
| Robert E. Shuttlesworth | Charles S. Siegel |
| Shrader & Associates, LLP | Waters & Kraus, LLP |
| 9 Greenway Plaza, Suite 2300 | 3141 Hood Street, Suite 700 |
| Houston, Texas 77046 | Dallas, Texas 75219 |
| Telephone: (713) 782-0000 | Telephone: (214) 357-6244 |
| Facsimile: (713) 571-9605 | Facsimile: (214) 357-7252 |
| E-mail: robert@shraderlaw.com | E-mail: siegel@waterskraus.com |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |
| /s/John F. Theil | /s/Rebecca S. Vinocur |
| John F. Theil | Rebecca S. Vinocur |
| SWMW Law, LLC | Rebecca S. Vinocur, P.A. |
| 701 Market Street, Ste. 1000 | 5915 Ponce de Leon Blvd., Suite 14 |
| Saint Louis, Missouri 63101 | Coral Gables, Florida 33146 |
| Telephone: (314) 480-5180 | Telephone: (786) 691-1282 |
| Facsimile: (314) 932-1566 | Facsimile: (786) 691-1283 |
| E-mail: john@swmwlaw.com | E-mail: rvinocur@rsv-law.com |
| *Admitted Pro Hac Vice* | *Admitted Pro Hac Vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a copy of the **NOTICE OF APPEAL BY THE AFFECTED INDIVIDUALS REPRESENTED BY:**

**MRHFM, LLC (MAUNE, RAICHLE, HARTLEY, FRENCH & MUDD, LLC)**
**KAZAN, McCLAIN, SATTERLEY & GREENWOOD, A PROFESSIONAL LAW CORPORATION**
**BEVAN AND ASSOCIATES, LPA, INC.**
**NEMEROFF LAW FIRM, PC**
**DEAN OMAR BRANHAM SHIRLEY LLP**
**THE GORI LAW FIRM**
**THE LANIER LAW FIRM**
**COHEN PLACITELLA & ROTH, P.C.**
**THORNTON LAW FIRM, LLP**
**BRAYTON PURCELL, LLP**
**NASS CANCELLIERE**
**FLINT LAW FIRM**
**SHEPARD LAW, P.C.**
**SHRADER & ASSOCIATES, LLP**
**WATERS & KRAUS, LLP**
**SWMW LAW, LLC**
**REBECCA S. VINOCUR, P.A.**

-12-

was served electronically on those parties receiving notice in this case through the Court's CM/ECF system.

Dated:  April 6, 2021
         Charlotte, North Carolina

/s/Heather W. Culp
Heather W. Culp
NC Bar No. 30386
ESSEX RICHARDS, P.A.
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
Facsimile: (704) 372-1357
E-mail: hculp@essexrichards.com

-13-